Michelle Rognlien Gilboe (*Pro Hac Vice*)
Jenny A. Covington (SBN 233625)
BOWMAN AND BROOKE LLP
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel:   (612) 339-8682
Fax:   (612) 672-3200
jenny.covington@bowmanandbrooke.com

Attorneys for Defendants
ACCREDO HEALTH GROUP, INC.,
MEDCO HEALTH SOLUTIONS, INC.,
SMITHS MEDICAL ASD, INC.
formerly known as
SMITHS MEDICAL MD, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MAYNARD, JOSEPH MAYNARD, and SEAN MAYNARD,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>ACCREDO THERAPEUTICS, INC., DELTEC, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.   3:09-cv-04564-JL<br><br>(Removed from San Francisco County Superior Court - Case No. CGC-09-484970)<br><br>Assigned:   Hon. Magistrate Judge James Larson<br>Department: Courtroom F, Fl. 15<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION FOR SANCTIONS FOR PLAINTIFFS' FAILURE TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Request for Sanctions in the Amount of $3,000 pursuant to F.R.C.P. 16(f) and 28 U.S.C. § 1927]**<br><br>Action Filed: February 13, 2009<br><br>Date:         March 3, 2010<br>**Time:        9:30 a.m**.<br>Ctrm:         Courtroom F, Fl. 15 |

**TO THE COURT AND ALL PARTIES OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on Wednesday, March 3, 2010 at **9:30 a.m.** in Courtroom F, 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 Defendants Accredo Health Group, Inc., Medco Health Solutions, Inc., and Smiths Medical ASD, Inc. (hereinafter "Defendants") will move for the imposition of $3,000 in sanctions against Plaintiffs and their Counsel for their failure to appear at the initial case management conference. This sum represents the costs and attorneys fees incurred by Defendants in relation to Defense counsel's appearance. **Counsel further requests permission to attend the hearing (should oral argument be permitted) via telephone.**

DATED this 2nd day of February, 2010.

        BOWMAN AND BROOKE LLP

    By:    /s/Jenny A. Covington
            Jenny A. Covington
            California Bar No. 233625
            150 S. Fifth Street, Suite 3000
            Minneapolis, MN 55402
            Attorneys for Defendants
            ACCREDO HEALTH GROUP, INC.,
            MEDCO HEALTH SOLUTIONS, INC.,
            SMITHS MEDICAL ASD, INC. formerly
            known as SMITHS MEDICAL MD, INC.

Counsel for Defendants may appear by telephone. Counsel should contact Wings Hom, Courtroom Deputy at (415) 522-2046, to provide a telephone number. The Court will place the call.

DATED: February 10, 2010



M610454

Case No. 3:09-cv-04564-JL
**DEFENDANTS' AMENDED NOTICE OF MOTION FOR SANCTIONS FOR PLAINTIFFS' FAILURE TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE**

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on February 2, 2010 a true and correct copy of the foregoing was filed with the Clerk of the United States District Court for the Northern District using the CM/ECF system. All parties of record herein are registered with U.S.D.C. Northern District ECF, which will provide notice to the following counsel of record:

> John Fitzpatrick Vannucci
> Law Offices of John Fitzpatrick Vannucci
> 120 Montgomery Street, Suite 1600
> San Francisco, CA 94104
> Tel: 415-981-7500
> Fax: 415-981-5700
> Attorneys for Plaintiffs

/s/ Jenny A. Covington
Jenny A. Covington