Michelle Rognlien Gilboe (*Pro Hac Vice*)
Jenny A. Covington (SBN 233625)
BOWMAN AND BROOKE LLP
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel:    (612) 339-8682
Fax:    (612) 672-3200
jenny.covington@bowmanandbrooke.com

Attorneys for Defendants
ACCREDO HEALTH GROUP, INC.,
MEDCO HEALTH SOLUTIONS, INC.,
SMITHS MEDICAL ASD, INC.
formerly known as
SMITHS MEDICAL MD, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MAYNARD, JOSEPH MAYNARD, and SEAN MAYNARD, | CASE NO.    3:09-cv-04564-JL |
| Plaintiffs, | (Removed from San Francisco County Superior Court  - Case No. CGC-09-484970) |
| vs. | |
| ACCREDO THERAPEUTICS, INC., DELTEC, INC., and DOES 1 through 50, inclusive, | Assigned:    Hon. Magistrate Judge James Larson |
| | Department:  Courtroom F, Fl. 15 |
| Defendants. | **DEFENDANTS' AMENDED NOTICE OF MOTION FOR SANCTIONS FOR PLAINTIFFS' FAILURE TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE** |
| | **[Request for Sanctions in the Amount of $3,000 pursuant to F.R.C.P. 16(f) and 28 U.S.C. § 1927]** |
| | Action Filed: February 13, 2009 |
| | Date:      March 3, 2010 |
| | **Time:      9:30 a.m.** |
| | Ctrm:      Courtroom F, Fl. 15 |

M610454                                          1                    Case No. 3:09-cv-04564-JL

1     **TO THE COURT AND ALL PARTIES OF RECORD HEREIN:**

2         PLEASE TAKE NOTICE that on Wednesday, March 3, 2010 at **9:30 a.m.** in

3     Courtroom F, 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 Defendants

4     Accredo Health Group, Inc., Medco Health Solutions, Inc., and Smiths Medical ASD,

5     Inc. (hereinafter "Defendants") will move for the imposition of $3,000 in sanctions

6     against Plaintiffs and their Counsel for their failure to appear at the initial case

7     management conference.  This sum represents the costs and attorneys fees incurred

8     by Defendants in relation to Defense counsel's appearance.  **Counsel further**

9     **requests permission to attend the hearing (should oral argument be permitted)**

10    **via telephone.**

11

12    DATED this 2nd day of February, 2010.

13                                              BOWMAN AND BROOKE LLP

14

15                                    By:    /s/Jenny A. Covington

16                                           Jenny A. Covington
                                             California Bar No. 233625
17                                           150 S. Fifth Street, Suite 3000
                                             Minneapolis, MN 55402
18                                           Attorneys for Defendants
                                             ACCREDO HEALTH GROUP, INC.,
19                                           MEDCO HEALTH SOLUTIONS, INC.,
                                             SMITHS MEDICAL ASD, INC. formerly
20                                           known as SMITHS MEDICAL MD, INC.

21

22    Counsel for Defendants may appear by telephone.  Counsel should contact Wings Hom, Courtroom
      Deputy at (415) 522-2046, to provide a telephone number.  The Court will place the call.
23

24    DATED:  February 10, 2010

25

26                                                    IT IS SO ORDERED

27

28                                                    Judge James Larson

1

## CERTIFICATE OF ELECTRONIC FILING

2      I hereby certify that on February 2, 2010 a true and correct copy of the foregoing

3  was filed with the Clerk of the United States District Court for the Northern District using

4  the CM/ECF system.  All parties of record herein are registered with U.S.D.C. Northern

5  District ECF, which will provide notice to the following counsel of record:

6
7              John Fitzpatrick Vannucci
              Law Offices of John Fitzpatrick Vannucci
8              120 Montgomery Street, Suite 1600
              San Francisco, CA 94104
9              Tel:  415-981-7500
              Fax: 415-981-5700
10             Attorneys for Plaintiffs

11

12                          /s/ Jenny A. Covington
                          Jenny A. Covington
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANTS' AMENDED NOTICE OF MOTION FOR SANCTIONS FOR PLAINTIFFS' FAILURE TO APPEAR AT INITIAL CASE MANAGEMENT CONFERENCE**