# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MAYNARD, JOSEPH MAYNARD, and SEAN MAYNARD,<br><br>   Plaintiffs,<br>vs.<br><br>ACCREDO THERAPEUTICS, INC., DELTEC, INC., and DOES 1 through 50, inclusive,<br><br>   Defendants. | CASE NO.   3:09-cv-04564-JL<br><br>(Removed from San Francisco County Superior Court - Case No. CGC-09-484970)<br><br>Assigned:   Hon. Magistrate Judge James Larson<br>Department: Courtroom F, Fl. 15<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE**<br><br>Action Filed: February 13, 2009<br>Trial Date:        None<br>Motion Cutoff:    None<br>Discovery Cutoff: None<br><br>Date:   September 29<br>Time:   10:30 a.m.<br>Ctrm:   Courtroom F, Fl. 15 |

The Court hereby GRANTS Defendants' request to appear telephonically at the Case Management Conference scheduled for September 29, 2010.

Dated: 9/27/10

_____
The Hon. James Larson

*IT IS SO ORDERED*
*Judge James Larson*