Michelle Rognlien Gilboe (Pro Hac Vice Pending)
Jenny A. Covington (SBN 233625)
BOWMAN AND BROOKE LLP
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel: (612) 339-8682
Fax: (612) 672-3200
jenny.covington@bowmanandbrooke.com

Attorneys for Defendants
ACCREDO HEALTH GROUP, INC.,
MEDCO HEALTH SOLUTIONS, INC.,
SMITHS MEDICAL ASD, INC.
formerly known as
SMITHS MEDICAL MD, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MAYNARD, JOSEPH MAYNARD, and SEAN MAYNARD,<br><br>    Plaintiffs,<br>vs.<br><br>ACCREDO THERAPEUTICS, INC., DELTEC, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 3:09-cv-04564-JL<br><br>(Removed from San Francisco County Superior Court - Case No. CGC-09-484970)<br><br>Assigned: Hon. Magistrate Judge James Larson<br>Department: Courtroom F, Fl. 15<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND CASE MANAGEMENT SCHEDULE**<br><br>Action Filed: February 13, 2009<br>Trial Date: None<br>Motion Cutoff: September 30, 2011<br>Discovery Cutoff: March 1, 2011 |

    Pursuant to Civil L.R. 16-2(d), Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and jointly request that all deadlines in the Case Management Schedule be extended an additional two (2) months.

    As grounds for this request, the parties would show that they have been

1  diligently conducting written discovery and document production.  This discovery has
2  included voluminous document production from Defendants Smiths Medical ASD, Inc.
3  and Accredo Therapeutics, Inc., and discovery of voluminous medical records pursuant
4  to authorizations provided by Plaintiffs.  Through no fault of Plaintiffs or Defendants,
5  there has been an unexpected delay in the acquisition of complete medical records
6  from one key provider, Enloe Medical Center.  Enloe Medical Center provided medical
7  care to the decedent with regard to pulmonary hypertension, and the parties expect that
8  it possesses important and relevant documents.  Enloe Medical Center's production of
9  records initially included only medical bills, but no medical records.  Defendants are
10 awaiting production of the medical records from this provider.

11        Given the claims and issues involved in this case, the parties have had to refrain
12 from proceeding with fact depositions until all relevant medical records have been
13 obtained.  Once those records are received, the parties will move forward to complete
14 discovery in this case.

15        Accordingly, the parties hereby stipulate to and jointly request the following
16 Case Management Schedule:

18    Discovery cutoff:    5/2/2011
19    Expert Deadlines:    7/4/2011 for Plaintiffs' Expert Disclosures
20                         8/19/2011 for Plaintiffs' trial experts deposed
21                         9/19/2011 for Defendants' trial experts disclosed
22                         11/4/2011 for Defendants' trial experts to be deposed
23    Dispositive Motions:    12/2/2011 with a hearing date of early January

25    The parties are to decide on a joint ADR process at or around May 2, 2011.

M595093 v. 3                         2                    Case No. 3:09-cv-04564-JL

**STIPULATION AND JOINT REQUEST TO EXTEND
CASE MANAGEMENT SCHEDULE**

1 | DATED this 14th day of February, 2011

BOWMAN AND BROOKE LLP

By: <u>s/Shane V. Bohnen</u>
Michelle R. Gilboe (*pro hac vice*)
Shane V. Bohnen (*pro hac vice*)
Jenny A. Covington
California Bar No. 233625
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
Attorneys for Defendants
ACCREDO HEALTH GROUP, INC.,
MEDCO HEALTH SOLUTIONS, INC.,
SMITHS MEDICAL ASD, INC. formerly
known as SMITHS MEDICAL MD, INC.

DATED this 14th day of February, 2011

LAW OFFICES OF JOHN
FITZPATRICK VANNUCCI

By: <u>/s/ John Fitzpatrick Vannucci</u>
John Fitzpatrick Vannucci
100 Montgomery Street Suite 1600
San Francisco, CA 94104
(415) 981-7500  Telephone
(415) 981-5700  Facsimile
'jfv@jfvlaw.com'
Attorneys for Plaintiffs

| | |
|---|---|
| 1 | Michelle Rognlien Gilboe (Pro Hac Vice Pending) |
|   | Jenny A. Covington (SBN 233625) |
| 2 | BOWMAN AND BROOKE LLP |
|   | 150 S. Fifth Street, Suite 3000 |
| 3 | Minneapolis, MN 55402 |
|   | Tel:   (612) 339-8682 |
| 4 | Fax:  (612) 672-3200 |
|   | jenny.covington@bowmanandbrooke.com |
| 5 | |
|   | Attorneys for Defendants |
| 6 | ACCREDO HEALTH GROUP, INC., |
|   | MEDCO HEALTH SOLUTIONS, INC., |
| 7 | SMITHS MEDICAL ASD, INC. |
|   | formerly known as |
| 8 | SMITHS MEDICAL MD, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MAYNARD, JOSEPH MAYNARD, and SEAN MAYNARD, | CASE NO.   3:09-cv-04564-JL |
| | (Removed from San Francisco County Superior Court - Case No. CGC-09-484970) |
| Plaintiffs, | |
| vs. | |
| ACCREDO THERAPEUTICS, INC., DELTEC, INC., and DOES 1 through 50, inclusive, | Assigned:    Hon. Magistrate Judge James Larson |
| | Department: Courtroom F, Fl. 15 |
| Defendants. | [PROPOSED] AMENDED CASE MANAGEMENT SCHEDULE |
| | Action Filed: February 13, 2009 |
| | Trial Date:         None |
| | Motion Cutoff:      None |
| | Discovery Cutoff:   None |
| | Date:         September 29 |
| | Time:         10:30 a.m. |
| | Ctrm:         Courtroom F, Fl. 15 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Schedule be amended as follows:

| | |
|---|---|
| 1 | |
| 2 | Discovery cutoff: 5/2/2011 |
| 3 | Expert Deadlines: 7/4/2011 for Plaintiffs' Expert Disclosures |
| 4 | 8/19/2011 for Plaintiffs' trial experts deposed |
| 5 | 9/19/2011 for Defendants' trial experts disclosed |
| 6 | 11/4/2011 for Defendants' trial experts to be deposed |
| 7 | Dispositive Motions: 12/2/2011 with a hearing date of early January |

The parties are to decide on a joint ADR process at or around May 2, 2011.

DATED: February 14, 2011

*[signature: James Larson]*

HONORABLE JAMES LARSON
UNITES STATES MAGISTRATE JUDGE