Michelle Rognlien Gilboe (Pro Hac Vice)
Shane V. Bohnen (Pro Hac Vice)
Jenny A. Covington (SBN 233625)
BOWMAN AND BROOKE LLP
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel:   (612) 339-8682
Fax:  (612) 672-3200
jenny.covington@bowmanandbrooke.com

Attorneys for Defendants
ACCREDO HEALTH GROUP, INC.,
MEDCO HEALTH SOLUTIONS, INC.,
SMITHS MEDICAL ASD, INC.
formerly known as
SMITHS MEDICAL MD, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MAYNARD, JOSEPH MAYNARD, and SEAN MAYNARD,<br><br>        Plaintiffs,<br><br>vs.<br><br>ACCREDO THERAPEUTICS, INC., DELTEC, INC., and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO.   3:09-cv-04564-JL<br><br>(Removed from San Francisco County Superior Court - Case No. CGC-09-484970)<br><br>Assigned:  Hon. Magistrate Judge James Larson<br>Department: Courtroom F, Fl. 15<br><br>[PROPOSED] AMENDED CASE MANAGEMENT SCHEDULE<br><br><br>Action Filed: February 13, 2009<br>Trial Date:   None<br>Motion Cutoff: December 2, 2011<br>Discovery Cutoff: May 2, 2011 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Schedule be amended as follows:

Discovery cutoff:   8/1/2011

Expert Deadlines:   10/3/2011 for Plaintiffs' Expert Disclosures
                    11/18/2011 for Plaintiffs' trial experts deposed
                    12/19/2011 for Defendants' trial experts disclosed
                    1/27/2012 for Defendants' trial experts to be deposed

Dispositive Motions: 2/27/2012 with a hearing date of early April, 2012

The parties are to decide on a joint ADR process at or around August 1, 2011.

DATED: 5-2-11

HONORABLE JAMES LARSON
UNITES STATES MAGISTRATE JUDGE

[PROPOSED] AMENDED CASE MANAGEMENT SCHEDULE