Michelle Rognlien Gilboe (Pro Hac Vice)
Shane V. Bohnen (Pro Hac Vice)
Jenny A. Covington (SBN 233625)
BOWMAN AND BROOKE LLP
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel:   (612) 339-8682
Fax:  (612) 672-3200
jenny.covington@bowmanandbrooke.com

Attorneys for Defendants
ACCREDO HEALTH GROUP, INC.,
MEDCO HEALTH SOLUTIONS, INC.,
SMITHS MEDICAL ASD, INC.
formerly known as
SMITHS MEDICAL MD, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MAYNARD, JOSEPH MAYNARD, and SEAN MAYNARD,<br><br>        Plaintiffs,<br>vs.<br><br>ACCREDO THERAPEUTICS, INC., DELTEC, INC., and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO.   3:09-cv-04564-JL<br><br>(Removed from San Francisco County Superior Court - Case No. CGC-09-484970)<br><br>Assigned:   Hon. Magistrate Judge Jacqueline S. Corley<br>Department: Courtroom F, Fl. 15<br><br>[~~PROPOSED~~] AMENDED CASE MANAGEMENT SCHEDULE<br><br><br><br>Action Filed: February 13, 2009<br>Trial Date:   None<br>Motion Cutoff: April 2, 2012<br>Discovery Cutoff: September 7, 2011 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Schedule be amended as follows:

| | |
|---|---|
| 1 | |
| 2 | Discovery cutoff:    11/7/11 |
| 3 | Expert Deadlines:    1/3/12 for Plaintiffs' Expert Disclosures |
| 4 | 2/16/12 for Plaintiffs' trial experts deposed |
| 5 | 3/16/12 for Defendants' trial experts disclosed |
| 6 | 5/1/12 for Defendants' trial experts to be deposed |
| 7 | Dispositive Motions: 6/4/12 |

DATED:    August 24, 2011

*Jacqueline S. Corley*

HONORABLE JACQUELINE S. CORLEY
UNITES STATES MAGISTRATE JUDGE

[PROPOSED] AMENDED CASE MANAGEMENT SCHEDULE