| | |
|---|---|
| 1 | Michelle Rognlien Gilboe (Pro Hac Vice) |
| | Shane V. Bohnen (Pro Hac Vice) |
| 2 | Jenny A. Covington (SBN 233625) |
| | BOWMAN AND BROOKE LLP |
| 3 | 150 S. Fifth Street, Suite 3000 |
| | Minneapolis, MN 55402 |
| 4 | Tel:   (612) 339-8682 |
| | Fax:  (612) 672-3200 |
| 5 | jenny.covington@bowmanandbrooke.com |
| 6 | Attorneys for Defendants |
| | ACCREDO HEALTH GROUP, INC., |
| 7 | MEDCO HEALTH SOLUTIONS, INC., |
| | SMITHS MEDICAL ASD, INC. |
| 8 | formerly known as |
| | SMITHS MEDICAL MD, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MAYNARD, JOSEPH MAYNARD, and SEAN MAYNARD, <br><br> Plaintiffs, <br><br> vs. <br><br> ACCREDO THERAPEUTICS, INC., DELTEC, INC., and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.   3:09-cv-04564-JL <br><br> (Removed from San Francisco County Superior Court - Case No. CGC-09-484970) <br><br> Assigned:   Hon. Magistrate Judge Jacqueline S. Corley <br> Department: Courtroom F, Fl. 15 <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** <br><br> Action Filed: February 13, 2009 <br> Trial Date:    None |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and jointly request this case be dismissed with prejudice.

| | |
|---|---|
| 1 | As grounds for this request, the parties would show that they have settled this |
| 2 | matter. |
| 3 | |
| 4 | DATED this 4th day of November 2011. |
| 5 | |
| 6 | BOWMAN AND BROOKE LLP |
| 7 | |
| | By:   s/Shane V. Bohnen |
| 8 | Michelle R. Gilboe (*pro hac vice*) |
| | Shane V. Bohnen (*pro hac vice*) |
| 9 | Jenny A. Covington |
| | California Bar No. 233625 |
| 10 | 150 S. Fifth Street, Suite 3000 |
| | Minneapolis, MN 55402 |
| 11 | Attorneys for Defendants |
| | ACCREDO HEALTH GROUP, INC., |
| 12 | MEDCO HEALTH SOLUTIONS, INC., |
| | SMITHS MEDICAL ASD, INC. formerly |
| 13 | known as SMITHS MEDICAL MD, INC. |
| 14 | |
| 15 | DATED this 4th day of November 2011. |
| 16 | LAW OFFICES OF JOHN FITZPATRICK VANNUCCI |
| 17 | |
| 18 | By:   s/ John Fitzpatrick Vannucci |
| | John Fitzpatrick Vannucci |
| 19 | 100 Montgomery Street Suite 1600 |
| | San Francisco, CA 94104 |
| 20 | (415) 981-7500  Telephone |
| | (415) 981-5700  Facsimile |
| 21 | 'jfv@jfvlaw.com' |
| 22 | Attorneys for Plaintiffs |

Dated: 11/8/2011

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Jacqueline S. Corley, Judge Jacqueline Scott Corley]

1592955-EA 1

Case No. 3:09-cv-04564-JL

**STIPULATION TO DISMISS WITH PREJUDICE**