Michelle Rognlien Gilboe (Pro Hac Vice)
Shane V. Bohnen (Pro Hac Vice)
Jenny A. Covington (SBN 233625)
BOWMAN AND BROOKE LLP
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
Tel:   (612) 339-8682
Fax:   (612) 672-3200
jenny.covington@bowmanandbrooke.com

Attorneys for Defendants
ACCREDO HEALTH GROUP, INC.,
MEDCO HEALTH SOLUTIONS, INC.,
SMITHS MEDICAL ASD, INC.
formerly known as
SMITHS MEDICAL MD, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA MAYNARD, JOSEPH MAYNARD, and SEAN MAYNARD,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ACCREDO THERAPEUTICS, INC., DELTEC, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.   3:09-cv-04564-JL<br><br>(Removed from San Francisco County Superior Court - Case No. CGC-09-484970)<br><br>Assigned:   Hon. Magistrate Judge Jacqueline S. Corley<br>Department: Courtroom F, Fl. 15<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Action Filed: February 13, 2009<br>Trial Date:    None |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and jointly request this case be dismissed with prejudice.

1   As grounds for this request, the parties would show that they have settled this
2   matter.
3
4   DATED this 4th day of November 2011.
5
                                        BOWMAN AND BROOKE LLP
6
7                           By:    s/Shane V. Bohnen
                                   Michelle R. Gilboe (*pro hac vice*)
8                                  Shane V. Bohnen (*pro hac vice*)
9                                  Jenny A. Covington
                                   California Bar No. 233625
10                                 150 S. Fifth Street, Suite 3000
                                   Minneapolis, MN 55402
11                                 Attorneys for Defendants
                                   ACCREDO HEALTH GROUP, INC.,
12                                 MEDCO HEALTH SOLUTIONS, INC.,
                                   SMITHS MEDICAL ASD, INC. formerly
13                                 known as SMITHS MEDICAL MD, INC.
14
15  DATED this 4th day of November 2011.
16                                      LAW OFFICES OF JOHN
                                        FITZPATRICK VANNUCCI
17
18                          By:    s/ John Fitzpatrick Vannucci
                                   John Fitzpatrick Vannucci
19                                 100 Montgomery Street Suite 1600
                                   San Francisco, CA 94104
20                                 (415) 981-7500  Telephone
                                   (415) 981-5700  Facsimile
21                                 'jfv@jfvlaw.com'
22                                 Attorneys for Plaintiffs
23
24
25          Dated: 11/8/2011
                                        GRANTED
26                                      Jacqueline S. Corley
                                        Judge Jacqueline Scott Corley
27
28

1592955-EA 1                                            Case No. 3:09-cv-04564-JL

**STIPULATION TO DISMISS WITH PREJUDICE**